AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Breyer, Charles R | 2. Court or Organization<br><br>N.D. of California | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Golden Gate Ave, 19th Fl<br>San Francisco, Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 9: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | City Arts & Lectures, Inc - Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | Attended professional association in Arlington, Virginia May 7-9, 2006, reimbursed for meals, travel and hotel. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 11) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pan Pacific Properties (formerly WIRET) Common Stock | A | Dividend | J | T | | | | | |
| 2. Pacific Gas & Electric, common stock | A | Dividend | K | T | | | | | |
| 3. Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 4. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 5. Nike Common Stock | A | Dividend | J | T | | | | | |
| 6. McClatchy Newspspers Common Stock | A | Dividend | J | T | | | | | |
| 7. Great Lakes Bancorp | B | None | J | T | Name Change | 05/01 | J | | Formerly Bayview Federal |
| 8. Bayview Federal Savings Common Stock | A | Dividend | J | T | Name Change | 05/01 | J | | Now Great Lakes |
| 9. U.S. Bancorp Common Stock | B | Dividend | K | T | | | | | |
| 10. ▮▮▮▮▮ Norden, California | | None | J | W | | | | | |
| 11. Rental Property, Fresno Industrial Park General Partnership | E | Rent | N | W | | | | | |
| 12. Charles Schwab Cash Account - Trust #2 | A | Dividend | J | T | | | | | |
| 13. Charles Schwab Cash Account - Trust #3 | A | Dividend | J | T | | | | | |
| 14. Trust #4 (Items 15/16) | | | | | | | | | |
| 15. CNA Life Insurance, Policy | | None | K | W | | | | | |
| 16. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Cash Account (Trust #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA & Pension (Items 19 - 40) | | | | | | | | | |
| 19. Investment Cash Reserve | A | Dividend | J | T | | | | | |
| 20. Vangurd Capital Opportunity Fund | A | Dividend | N | T | Sell | 08/15 | N | F | |
| 21. Pimco Total Return Fund | E | Dividend | N | T | | | | | |
| 22. Pimco total Return Class D | A | Dividend | K | T | Buy | 09/25 | K | | |
| 23. Artisan Midcap Fund | | None | L | T | | | | | |
| 24. Selected American Shares | A | Dividend | M | T | Buy | 08/15 | K | | |
| 25. Cheasapeake Core Grrowth | A | Dividend | M | T | Buy | 08/15 | M | | |
| 26. FPA Capital Fund | C | Dividend | M | T | | | | | |
| 27. FPA New Income Fund | D | Dividend | N | T | | | | | |
| 28. Westport Select Cap Fund | | None | M | T | | | | | |
| 29. Primecap Odeyssey Growth | | None | M | T | Buy | 08/15 | M | | |
| 30. Merger Fund | B | Dividend | M | T | | | | | |
| 31. Third Avenue Int'l Fund | D | Dividend | M | T | | | | | |
| 32. Primecap Odyscy Growth | | None | M | T | Buy | 08/15 | M | | |
| 33. Longleaf Partners Fund | D | Dividend | M | T | | | | | |
| 34. Legg Mason Opportunity Trust | | None | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Western Asset Core Plus | C | Dividend | M | T | Buy | 01/31 | K | | |
| 36. Oakmark Select | E | Dividend | M | T | Buy | 08/15 | K | | |
| 37. Harbor Cap. App. Fund | A | Dividend | L | T | Sell | 08/15 | L | D | |
| 38. Legg Mason Value | | None | M | T | Part Sell | 08/15 | K | D | |
| 39. Harbor Int'l Fund | C | Dividend | M | T | | | | | |
| 40. Vanguard Prime Cap Fund | A | Dividend | L | T | Sell | 08/15 | L | F | |
| 41. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 42. Wells Fargo Bank, San Francisco, Calfiornia | A | Interest | J | T | | | | | |
| 43. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 44. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 45. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 46. ████ Fallon Street, G.P. | C | Rent | K | W | | | | | |
| 47. Artisian Mid-Cap | | None | J | T | Sell | 08/15 | J | A | |
| 48. Primecap Odyssey Growth | | None | K | T | Buy | 08/15 | J | | |
| 49. Select American Shares | A | Dividend | J | T | | | | | |
| 50. Schroder Muni Bond | A | Dividend | K | T | | | | | |
| 51. Schroder Short Term | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 53. Westport Select Funds | | None | J | T | | | | | |
| 54. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |
| 55. Bacharach - Raphael Note | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544